IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT LASSITER** | : | CIVIL ACTION |
| *Plaintiff-pro se* | : | |
| | : | NO. 14-0239 |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 25th day of February 2015, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the complaint of Plaintiff Robert Lassiter ("Plaintiff") is **DISMISSED**, with prejudice, pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and judgment is entered against Plaintiff and in favor of Defendants. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.